**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

**-vs-** Case No. 6:02-cr-132-Orl-22DAB

**NATHANIEL STOKES, JR.,**

_____

## ORDER

This cause comes before the Court on a Report and Recommendation (Doc. No. 107), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on September 30, 2013.

After an independent de novo review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is ORDERED as follows:

1. The Report and Recommendation issued on October 2, 2013 (Doc. No. 107) is ADOPTED and CONFIRMED and made a part of this Order.

2. Defendant shall personally appear before this Court on October 24, 2013, at 9:00 A.M., at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why supervised release should not be revoked.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 17, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Defendant Nathaniel Stokes, Jr.